Case 18-35710   Document 28   Filed in TXSB on 12/06/18   Page 1 of 2
Case 18-35710   Document 27   Filed in TXSB on 12/3/2018   Page 1 of 2



Form O-300

ENTERED
12/06/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 18-35710 |
| SEAN EDWARD ALSOBROOK | § | |
| STEPHANIE N. ALSOBROOK | § | CHAPTER 13 |
| DEBTOR(S) | § | |
| | § | |

### DEFAULT/UNOPPOSED/UNCONTESTED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
(This Order resolves Docket #22)

Harley-Davidson Credit Corp, ("Movant") filed a motion for relief from the automatic stay against 2008 HARLEY-DAVIDSON FLHTCU ULTRA CLASSIC ELECTRA G, VIN: 1HD1FC4118Y630497 (the "Collateral"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As certified by Movant's counsel, there is no effective opposition to the requested relief. Accordingly, the Court grants relief.

It is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies, including repossession of the Property.

SO ORDERED:

12-6-18

The Honorable Marvin Isgur
United States Bankruptcy Judge

IF NO OPPOSITION OR REQUEST FOR HEARING HAS BEEN FILED 7 DAYS BEFORE THE SCHEDULED HEARING ON THE MOTION TO LIFT STAY, MOVANT MAY COMPLETE AND FILE THE FOLLOWING CERTIFICATION. IF THE CERTIFICATION IS MADE AT LEAST 2 DAYS PRIOR TO THE HEARING, MOVANT NEED NOT ATTEND THE HEARING. THE COURT WILL EITHER ISSUE THE DEFAULT ORDER OR WILL RESCHEDULE THE HEARING IF THE COURT DETERMINES THAT A HEARING IS NEVERTHELESS NECESSARY.

Movant's counsel's certification:

Movant's motion for relief from the stay was served in accordance with applicable bankruptcy rules on November 9, 2018. I have reviewed the docket sheet in this case to confirm the accuracy of the statements in this certification. Any trustee response that has been filed reflects an absence of opposition. Additionally, I certify that (i) no response has been filed by the Debtor(s) or any creditor; (ii) although a response was filed, the only responses reflected an absence of opposition to the requested relief; or (iii) although a response was filed, the response did not deny ANY of the factual allegations in the motion.

DEFAULT ORDER

1

3906-N-7524

*Form O-300*

/s/Chandra D. Pryor                                  Date: December 2, 2018
Shelly K. Terrill / TXBN 00794788
Braden P. Barnes / TXBN 24059423
Chandra D. Pryor / CABN 320903
Bonial & Associates, P.C.
Attorneys and Counselors
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for Harley-Davidson Credit Corp